Baker Leshko Saline & Blosser, LLP
Attorneys for Plaintiffs
One North Lexington Avenue
White Plains, NY 10601
914.681.9500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MARIA MANOSALVES and
CARLOS MANOSALVES,

        Plaintiffs,

  - against -

FUJITSU AMERICA, INC.

        Defendant.
---------------------------------------------------------X

07 Civ. 3846 (SCR)

AFFIDAVIT OF SERVICE

MITCHELL J. BAKER, being duly sworn, deposes and says, I am over eighteen (18) years of age, I reside in the County of Westchester, State of New York and am not a party to this action.

On May 16, 2007, I served the within Summons and Complaint upon Fujitsu America, Inc., 1250 East Arques Avenue, Sunnyvale, CA 94085 by first class mail, postage prepaid, by depositing true copies thereof in an official depository under the care and custody of the United States Postal Service within the State of New York.

        _____
        MITCHELL J. BAKER

Sworn to before me this
18 day of May, 2007

_____
NOTARY PUBLIC

JOAN MARSHALL CRESAP, ESQ.
Notary Public, State of New York
No. 02CR-4965905
Qualified in Westchester County
My Commission Expires April 30, 2010