Baker Leshko Saline & Blosser, LLP
Attorneys for Plaintiffs
One North Lexington Avenue
White Plains, NY 10601
914.681.9500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
MARIA MANOSALVES and
CARLOS MANOSALVES,

        Plaintiffs,                07 Civ. 3846

    - against -                   AFFIDAVIT OF
                                               SERVICE
FUJITSU AMERICA, INC.

        Defendant.
-------------------------------------------------------X

       MITCHELL J. BAKER, being duly sworn, deposes and says, I am over eighteen (18) years of age, I reside in the County of Westchester, State of New York and am not a party to this action.

       On May 16, 2007, I served the within Summons and Complaint upon Fujitsu America, Inc., 1250 East Arques Avenue, Sunnyvale, CA 94085 by first class mail, postage prepaid, by depositing true copies thereof in an official depository under the care and custody of the United States Postal Service within the State of New York.

                                                          _____s/Mitchell J. Baker_____
                                                           MITCHELL J. BAKER

Sworn to before me this
21st day of May, 2007

s/Joan Marshall Cresap, Esq.
NOTARY PUBLIC
Joan Marshall Cresap, Esq.
Notary Public, State of New York
No. 02CR-49655905
Qualified in Westchester County
My Commission Expires April 30, 2010