UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA MANOSALVES and CARLOS MANOSALVES

                *Plaintiffs*       **FRCP 7.1 DISCLOSURE STATEMENT**

v.                                     07-CV-3846

FUJITSU TRANSACTION SOLUTIONS, INC.

                *Defendant.*

---

    Pursuant to F.R.C.P. 7.1 (a), Defendant, FUJITSU TRANSACTION SOLUTIONS, INC., hereby discloses as follows:

    1.    Fujitsu Transaction Solutions Inc. is a wholly owned subsidiary of Fujitsu Limited, which is a Japanese corporation.

Dated: August 27, 2007
       Buffalo, New York

                                  FELDMAN, KIEFFER & HERMAN, LLP

                                  /s/ Andrew Feldman

                              By:    Andrew Feldman
                              Attorneys for Defendant, Fujitsu Transaction Solutions, Inc.
                              The Dun Building
                              110 Pearl Street
                              Buffalo, New York 14202
                              (716) 852-5875
                              afeldman@fkhattys.com

TO:    Mitchell J. Baker
         BAKER, LESHKO, SALINE & BLOSSER, LLP

Attorneys for the Plaintiffs Maria and Carlos Manosalves
One North Lexington Ave
White Planes, NY 10601
(914) 681-9500