UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA MANOSALVES and CARLOS MANOSALVES

*Plaintiffs*

**AFFIDAVIT OF SERVICE**

v.

07-CV-3846

FUJITSU TRANSACTION SOLUTIONS, INC.

*Defendant.*

---

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF ERIE       )

    MARY G. LENZ, being duly sworn, deposes and says: I am not a party to this action, I am over eighteen (18) years of age and reside in Niagara County, New York.

    On August 28, 2007, I served the within FRCP 7.1 Disclosure Statement upon Mitchell J. Baker, Baker, Leshko, Saline & Blosser, LLP, One North Lexington Ave, White Planes, NY 10601 by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post official depository under the exclusive care and custody of the United States Postal Service with the State of New York.

                                                                   Mary G. Lenz /s/
                                                                   MARY G. LENZ

Sworn to before me on

the 28th day of August, 2007

    Stephen A. Manuele /s/
NOTARY PUBLIC
Stephen A. Manuele
Reg. No. 02MA6075903
Valid from 6/10/2002 to 6/10/2010
County of Erie