UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA MANOSALVES and CARLOS MANOSALVES

*Plaintiffs*

v.

FUJITSU TRANSACTION SOLUTIONS, INC.

*Defendant.*

**AFFIDAVIT OF SERVICE**

07-CV-3846

---

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF ERIE      )

CARYL A. DAHLIN, being duly sworn, deposes and says: I am not a party to this action, I am over eighteen (18) years of age and reside in Erie County, New York.

On August 20, 2007, I served the within Answer upon Mitchell J. Baker, Baker, Leshko, Saline & Blosser, LLP, One North Lexington Ave, White Planes, NY 10601 by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post official depository under the exclusive care and custody of the United States Postal Service with the State of New York.

/s/ Caryl A. Dahlin

CARYL A. DAHLIN

Sworn to before me on

August 20, 2007

/s/ Adam C. Ferrandino, Esq.

NOTARY PUBLIC

ADAM C. FERRANDINO
Notary Public, State of New York
Qualified in Erie County
My Commission Expires July 5, 20 11