Baker Leshko Saline & Blosser, LLP
Attorneys for Plaintiffs
One North Lexington Avenue
White Plains, NY 10601
914.681.9500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
MARIA MANOSALVES and
CARLOS MANOSALVES,

       Plaintiffs,                      07 Civ. 3846

  - against -                        AFFIDAVIT OF
                                           SERVICE

FUJITSU AMERICA, INC.

       Defendant.
-----------------------------------------------------X

      IVY L. TENCER, being duly sworn, deposes and says, I am over eighteen (18) years of age, I reside in the County of Westchester, State of New York and am not a party to this action.

      On August 24, 2007, I caused to be served Plaintiff's Rule 26 Initial Disclosure Andrew Feldman, Esq., Feldman, Kieffer & Herman, LLP, The Dun Building, 110 Pearl Street, Suite 400, Buffalo, New York 14202 by first class mail, postage prepaid, by depositing true copies thereof in an official depository under the care and custody of the United States Postal Service within the State of New York.

                                                  _____s/Ivy L. Tencer_____
                                                     IVY L. TENCER

Sworn to before me this
24th day of August , 2007

s/Mitchell J. Baker_____
Notary Public of the State of New York
No. 01BA4991878
Qualified in Westchester County
Commission Expires February 10, 2010