UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA MANOSALVES and CARLOS MANOSALVES

        *Plaintiffs*

v.

FUJITSU TRANSACTION SOLUTIONS, INC.

        *Defendant.*

**AFFIDAVIT OF SERVICE**

07-CV-3846

---

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF ERIE       )

      MARY LENZ, being duly sworn, deposes and says:  I am not a party to this action, I am over eighteen (18) years of age and reside in Niagara County, New York.

      On September 12, 2007, I served the within FRCP 34 Demands, Notice of Deposition, First Set of Interrogatories, and Rule 26 Disclosures upon Leshko, Saline & Blosser, LLP, One North Lexington Ave, White Planes, NY 10601 by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post official depository under the exclusive care and custody of the United States Postal Service with the State of New York.

                                                 /s/ Mary Lenz
                                                 ----------------------
                                                 MARY LENZ

Sworn to before me on

September 12, 2007

/s/ Stephen A. Manuele

---
NOTARY PUBLIC
Reg. Number 02MA6075903
Commission Expires 6/10/2010