UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA MANOSALVES and CARLOS MANOSALVES

            *Plaintiffs,*

v.

FUJITSU TRANSACTION SOLUTIONS, INC.

            *Defendant.*

**NOTICE OF DEPOSITION**

07-CV-3846

---

**PLEASE TAKE NOTICE** that pursuant the Federal Rules of Civil Procedure 30, the testimony of the Plaintiffs, MARIA MANOSALVES and CARLOS MANOSALVES, will be taken before a notary public, or another person authorized to administer oaths under the laws of the State of New York and qualified under F.R.C.P. 28, by stenographic recording, at a mutually agreeable date, time, and place.

That the matters upon which such person or persons are to be examined are all the relevant facts and circumstances in connection with the accident alleged in the Complaint herein, including negligence, liability and damages.

**PLEASE TAKE FURTHER NOTICE**, that the parties to be examined are requested to produce upon said examination any and all records, memoranda and data in their possession relating to the matters upon which the examination is sought herein for the purpose of refreshing the witnesses' recollection.

Dated: September 12, 2007
       Buffalo, New York

                              FELDMAN, KIEFFER & HERMAN, LLP

                                      /s/ Andrew Feldman

By:    Andrew Feldman
Attorneys for Defendant, Fujitsu Transaction Solutions, Inc.
The Dun Building
110 Pearl Street
Buffalo, New York 14202

(716) 852-5875
afeldman@fkhattys.com

TO: Mitchell J. Baker
BAKER, LESHKO, SALINE & BLOSSER, LLP
Attorneys for the Plaintiffs Maria and Carlos
Manosalves
One North Lexington Ave
White Planes, NY 10601
(914) 681-9500