UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MARIA MONOSALVES,
CARLOS MANSALVES,

                      Plaintiff(s),          **SCHEDULING ORDER**

       -against-                    07 Cv. 3846 (CLB) (GAY)

FUJITSU TRANSACTION SOLUTIONS, INC.,
FUJITSU AMERICA, INC.,

                      Defendant(s).
--------------------------------------------------------X
Brieant, J.

      The above entitled case having been reassigned, a status conference of counsel be held in Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on October 25, 2007 at 10:30 A.M.

SO ORDERED.

Dated: White Plains, New York
       October 19, 2007

                                                        _Charles L. Brieant_
                                              Charles L. Brieant, U.S.D.J.