**BAKER, LESHKO, SALINE & BLOSSER, LLP**
*Attorneys for Plaintiffs*
**One North Lexington Avenue**
**White Plains, New York 10601**
914.681.9500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARIA MANOSALVES and
CARLOS MANOSALVES,

                Plaintiffs,            07 Civ. 3846

    -against-                       **NOTICE OF DEPOSITION**

FUJITSU TRANSACTION SOLUTIONS, INC.

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

S I R S:

      PLEASE TAKE NOTICE that, pursuant the Federal Rules of Civil Procedure, the deposition upon oral examination a representative of MARSHALLS, will be taken on November 16, 2007 at 10 a.m. at the offices of Baker, Leshko, Saline & Blosser, LLP, One North Lexington Avenue, White Plains, New York 10601.

Dated: White Plains, New York
       November 2, 2007

                            Yours, etc.

                            BAKER, LESHKO, SALINE & BLOSSER, LLP
                            Attorneys for Plaintiffs

                            By:_____
                                Mitchell J. Baker

                                            One North Lexington Avenue
                                            White Plains, New York 10601
                                            914.681.9500

To:    Andrew Feldman, Esq.
        Feldman, Kieffer & Herman, LLP
        *Attorneys for Defendant*
        The Dun Building
        110 Pearl Street
        Buffalo, New York 14202
        716.852.5875