AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Maria Manosalves and Carlos Manosalves

V.

Fujitsu Transaction Solutions, Inc.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07 Civ. 3846

TO:
MARSHALLS
221 North Central Park Avenue
Hartsdale, New York 10530

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Baker, Leshko, Saline & Blosser, LLP<br>One North Lexington Avenue, White Plains, New York 10601 | 11/16/2007 10:00 am |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

ALL DOCUMENTS IN YOUR POSSESSION REGARDING THE CASH REGISTERS AT SUCH STORE, INCLUDING ALL APPURTENANCES CONNECTED THERETO AND INCLUDING ANY MAINTENANCE CONTRACTS.

| PLACE | DATE AND TIME |
|---|---|
| Baker, Leshko, Saline & Blosser, LLP<br>One North Lexington Avenue, White Plains, New York 10601 | 11/16/2007 10:00 am |

☒ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| Marshalls Department Store<br>221 North Central Park Avenue, Hartsdale, New York 10530 | 11/16/2007 1⁰⁰ p.m. |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  ATTORNEY FOR PLAINTIFFS   DATE 11.2.07

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Mitchell J. Baker,
Baker, Leshko, Saline & Blosser, LLP, One North Lexington Avenue, White Plains, New York 10601, 914.681.9500

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.