# FELDMAN, KIEFFER & HERMAN, LLP
### ATTORNEYS AT LAW

THE DUN BUILDING
110 PEARL STREET
SUITE 400
BUFFALO, NEW YORK 14202
(716) 852-5875 • FAX (716) 852-4253

WRITER'S EXTENSION 207

ANDREW FELDMAN
PARTNER

WRITER'S E-MAIL
afeldman@fkhattys.com

December 12, 2007

**VIA FACSIMILE**
Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, NY 10601

    Re:    Manosalves v. Fujitsu
               07-CV-3846
               Our File No.: 128.034

Dear Judge Brieant:

    This letter will confirm that a status conference has been scheduled for December 21, 2007 at 9:00 a.m. to discuss the issues raised in our letter of December 5, 2007.

    Thank you for your attention to this matter.

               Very truly yours,

               Andrew Feldman

AF:sam:mak
cc:    Mitchell Baker, Esq. (Via fax)