UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA MANOSALVES and CARLOS
MANOSALVES

                *Plaintiffs*

v.

FUJITSU TRANSACTION SOLUTIONS, INC.

                *Defendant.*

---

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

07-CV-3846

PURSUANT TO RULE 1.3(c) of the Local Rules of United States District Courts for the Southern and Eastern Districts of New York, I, Andrew Feldman, a member in good standing of the bar of this Court, hereby moves for an Order allowing admission pro hac vice of Stephen A. Manuele, a Partner in Feldman, Kieffer & Herman, LLP, 110 Pearl Street, Buffalo, New York 14202, who is a member of good standing of the Bar of the State of New York. No disciplinary proceedings are pending against Attorney Manuele in any State of Federal court.

Dated: January 15, 2008
      Buffalo, New York

                                    FELDMAN, KIEFFER & HERMAN, LLP

                                    By: Andrew Feldman
                                    Attorneys for Defendant, Fujitsu Transaction Solutions, Inc.
                                    The Dun Building
                                    110 Pearl Street
                                    Buffalo, New York 14202
                                    (716) 852-5875
                                    afeldman@fkhattys.com

TO: Mitchell J. Baker
BAKER, LESHKO, SALINE & BLOSSER, LLP
Attorneys for the Plaintiffs Maria and Carlos
Manosalves
One North Lexington Ave
White Planes, NY 10601
(914) 681-9500