Brieant, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA MANOSALVES and CARLOS MANOSALVES

Plaintiffs

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

v.

07-CV-3846 (CLB)

FUJITSU TRANSACTION SOLUTIONS, INC.

Defendant.

Upon the motion of Andrew Feldman, attorney for Defendant, FUJITSU TRANSACTION SOLUTIONS, INC., and said sponsor's attorney's affidavit in support;

**IT IS HEREBY ORDERED,** that STEPHEN A. MANUELE, of Feldman, Kieffer & Herman, LLP, 110 Pearl Street, Buffalo, New York 14202, (716) 852-5875, smanuele@fkhattys.com, is admitted to practice pro hac vice as counsel for the Defendant, FUJITSU TRANSACTION SOLUTIONS, INC., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing system, counsel shall apply for an ECF password. Counsel shall forward the pro hac vice counsel fee to the Clerk of the Court.

Dated: White Plains, NY
January 29, 2008

SO ORDERED:

_____
HON. CHARLES L. BRIEANT, U.S.D.J.