**BAKER, LESHKO, SALINE & BLOSSER, LLP**
ATTORNEYS AT LAW
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601-1712
TEL: 914.681.9500
FAX: 914.681.9505

MITCHELL J. BAKER
GARY L. LESHKO
ANTHONY CHRIS SALINE
MICHELE L. BLOSSER (ALSO CT)

CONNECTICUT OFFICE:
34 EDGEWOOD AVENUE
GREENWICH, CONNECTICUT 06952

February 11, 2008

The Honorable Charles Brieant
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

> *Re: Manosalves v. Fujitsu*
> *07 Civ. 03846 (CLB)*

Dear Judge Brieant:

    I am counsel to Maria Manosalves, the plaintiff in this matter. With the consent of counsel for the defendant who I spoke to this afternoon, I ask for a two week adjournment of the conference we have scheduled before your Honor on Friday, February 15, 2008. I have a vacation with my family planned, and all of my partners/associates are engaged in other matters.

    Your anticipated courtesies are most appreciated.

Very truly yours,

Mitchell J. Baker

MJB:ww
cc. Stephen A. Manuele
    (Via Telecopier – 716.852.4253)