UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA MANOSALVES and CARLOS MANOSALVES

        *Plaintiffs*

v.

FUJITSU TRANSACTION SOLUTIONS, INC.

        *Defendant.*

**NOTICE OF MOTION**

07-CV-3846

---

**PLEASE TAKE NOTICE** that at a date and time to be determined by this Court, before the Honorable Charles L. Brieant, United States District Judge, Southern District of New York, United States Courthouse, 300 Quarropas St., Room 275, White Plains, NY 10601, the Defendant will bring the above Rule 14 Motion for Leave to Join Third-Party Defendants, and any further relief the Court deems just and proper. The movant intends to file and serve reply papers. Pursuant to Local Rule 6.1(a), any opposing affidavits and answering memorandum of law shall be served within four (4) business days after service of the moving papers. Any reply affidavits and reply memorandum of law shall be served within one business day after service of the answering papers.

Dated: May 30, 2008
      Buffalo, New York

                              FELDMAN, KIEFFER & HERMAN, LLP

                              By:    Stephen A. Manuele
                              Attorneys for Defendant, Fujitsu Transaction

                        Solutions, Inc.
                        The Dun Building
                        110 Pearl Street
                        Buffalo, New York 14202
                        (716) 852-5875
                        smanuele@fkhattys.com

TO:    Mitchell J. Baker
        BAKER, LESHKO, SALINE & BLOSSER, LLP
        Attorneys for the Plaintiffs Maria and Carlos
        Manosalves
        One North Lexington Ave
        White Planes, NY 10601
        (914) 681-9500