BAKER, LESHKO, SALINE & BLOSSER, LLP
*Attorneys for Plaintiffs*
One North Lexington Avenue
White Plains, New York 10601
914.681.9500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARIA MANOSALVES and
CARLOS MANOSALVES,

      Plaintiffs,     07 Civ. 3846

 -against-        **PLAINTIFF'S RULE 26**
             **INITIAL DISCLOSURE**

FUJITSU TRANSACTION SOLUTIONS, INC.

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  Plaintiffs, Maria Manosalves and Carlos Manoslaves, by their attorneys Baker, Leshko, Saline & Blosser, LLP, for its Initial Disclosure pursuant to FRCP 26, hereby states as follows:

**I. FRCP 26 (a)(1)(A):** The names and addresses of individuals likely to have discoverable information are as follows:

  1. Maria Manosalves, 2104 Boston Post Road, Apartment 5, Larchmont, New York 10538.

  2. Carlos Manosalves, 2104 Boston Post Road, Apartment 5, Larchmont, New York 10538.

3. Certain employees of Fujitsu Transaction Solutions, Inc. whose identity is unknown to the plaintiffs at the present time.

4. Certain employees of Marshalls store whose identity is unknown to the plaintiffs at the present time.

5. Dr. William A. Unis, 77 Pondfield Road, Bronxville, New York 10708.

**II. FRCP 26 (a)(1)(B):** Plaintiff presently is not in custody and/or control of any documents in connection with this matter except those annexed hereto and Numbered, 0001 to 0022 as Exhibit "A".

**III. FRCP 26 (a)(1)(C):** Plaintiffs will make claim for past, present and future pain and suffering, lost wages, past, present and future medical expenses and loss of consortium.

**IV. FRCP 26(a)(1)D):** Not applicable.

**V. FRCP 26 (a)(2)(A):** Plaintiffs has not retained any experts at the present time, and he will disclose any such information at the time such expert(s), if any, is retained and in accordance with the FRCP.

Dated: White Plains, New York
       August 22, 2007