





























  
  
  









