UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA MANOSALVES and CARLOS
MANOSALVES

            *Plaintiffs*

v.

FUJITSU TRANSACTION SOLUTIONS, INC.

            *Defendant.*

**AMENDED NOTICE OF MOTION**

07-CV-3846

---

**PLEASE TAKE NOTICE** that on July 18, 2008 at 10 a.m., before the Honorable Charles L. Brieant, United States District Judge, Southern District of New York, United States Courthouse, 300 Quarropas St., Room 275, White Plains, NY 10601, the Defendant will bring the above Rule 14 Motion for Leave to Join Third-Party Defendants, and any further relief the Court deems just and proper. The movant intends to file and serve reply papers. Pursuant to Local Rule 6.1(a), any opposing affidavits and answering memorandum of law shall be served within four (4) business days after service of the moving papers. Any reply affidavits and reply memorandum of law shall be served within one business day after service of the answering papers.

Dated: June 2, 2008
      Buffalo, New York

                      FELDMAN, KIEFFER & HERMAN, LLP

                      By:    Stephen A. Manuele
                      Attorneys for Defendant, Fujitsu Transaction

        Solutions, Inc.
        The Dun Building
        110 Pearl Street
        Buffalo, New York 14202
        (716) 852-5875
        smanuele@fkhattys.com

TO:    Mitchell J. Baker
        BAKER, LESHKO, SALINE & BLOSSER, LLP
        Attorneys for the Plaintiffs Maria and Carlos Manosalves
        One North Lexington Ave
        White Planes, NY 10601
        (914) 681-9500