## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                   )    ss:
COUNTY OF ERIE         )

      Marcy A. Kliszak, being duly sworn, deposes and says:  I am not a party to this action, I am over eighteen (18) years of age and reside in Erie County, New York. On June 2, 2008 I served the within Amended Notice of Motion upon the following:

      Hon. Charles L. Brieant
      United States District Judge
      United States Courthouse
      300 Quarropas Street, Room 275
      White Plains, NY 10601

      Mitchell J. Baker, Esq.
      Baker, Leshko, Saline & Blosser, LLP
      One North Lexington Avenue
      White Plains, NY 10601-1712

      By depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post official depository under the exclusive care and custody of the United States Postal Service with the State of New York  and by facsimile. On June 2, 2008, I filed the Amended Notice of Motion electronically with the Clerk of the Court for the United States District Court for the Southern District

                                  _Marcy A. Kliszak_
                                   Marcy A. Kliszak

Sworn to before me this
2nd day of June, 2008

_____
Notary Public

Notary Public
Stephen A. Manuele
Reg. No. 02MA6075903
Valid From 6/10/2002 To 6/10/20__
County Of Erie