**BAKER, LESHKO, SALINE & BLOSSER, LLP**
*Attorneys for Plaintiffs*
**One North Lexington Avenue**
**White Plains, New York 10601**
**914.681.9500**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

MARIA MANOSALVES and
CARLOS MANOSALVES,

          Plaintiffs,       07 Civ. 3846

   -against-       **AFFIDAVIT**

FUJITSU TRANSACTION SOLUTIONS, INC.

          Defendant.

----------------------------------x

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF WESTCHESTER  )

    MITCHELL J. BAKER, being duly sworn, deposes and says:

    1.    I am counsel to Maria and Carlos Manosalves, the plaintiffs in this diversity personal injury action.

    2.    I have reviewed the application of Fujitsu Transaction Solutions, Inc. the within defendant, to join certain third-party defendants in this action.

3. Plaintiffs have no objection to such application.

---------------------------------------
MITCHELL J. BAKER

Sworn to before me this
3rd day of June, 2008

---------------------------------------
Notary Public

ANTHONY C. SALINE
NOTARY PUBLIC, STATE OF NEW YORK
ID No. 02SA6114914
QUALIFIED IN WESTCHESTER COUNTY
MY COMMISSION EXPIRES 05/31/008

To: Stephen A. Manuele, Esq.
Feldman, Kieffer & Herman, LLP
*Attorneys for Defendant*
The Dun Building
110 Pearl Street
Buffalo, New York 14202
716.852.5875

2

## Certificate of Service

The undersigned herby certifies that he served a true copy of the within affidavit to Stephen A. Manuele, Esq., by First Class United States Mail addressed to him at the address immediately above on the 3rd day of June, 2008.

_____
MITCHELL J. BAKER