# FELDMAN, KIEFFER & HERMAN, LLP

ATTORNEYS AT LAW

THE DUN BUILDING
110 PEARL STREET
SUITE 400
BUFFALO, NEW YORK 14202
(716) 852-5875 • FAX (716) 852-4253

WRITER'S EXTENSION 229

STEPHEN A. MANUELE
PARTNER

WRITER'S E-MAIL
smanuele@fkhattys.com

September 8, 2008

*Via Fax Only*
ATTN: Alice Cama
Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, NY 10601

      Re:   Manosalves v. Fujitsu
            07-CV-3846
            Our File No.: 128.034

Dear Ms. Cama:

    This letter will confirm that a status conference has been scheduled for September 12, 2008 at 9:30 a.m. in the above matter before Justice Seibel.

    Thank you for your attention.

Very truly yours,

Stephen A. Manuele

SAM/mak
cc:   Mitchell J. Baker, Esq. (via facsimile)
       Baker, Leshko, Saline & Blosser, LLP
       One North Lexington Avenue
       White Plains, NY 10601-1712

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: ___]